# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROSA WISE and BRIONNA BOBB,

        Plaintiffs,

v.                                                   Case No:   6:25-cv-1640-PGB-LHP

WILLIAM LEVEN, JUSTIN ALLEN,
MICHAEL CHITWOOD and JASON
UMBERGER,

        Defendants

_____

## ORDER
(And Direction to Clerk)

This cause comes before the Court on an Unopposed Renewed Motion to Withdraw (Doc. No. 40), which seeks the withdrawal of Attorney Naphtalie Azor, Esq., as counsel for Plaintiffs, and following a hearing on the motion, held today (Doc. Nos. 41, 45).   Counsel for all parties were present at the hearing, as were Plaintiffs Rosa Wise and Brionna Bobb.   For reasons discussed at the hearing, part of which was held *in camera*, the motion (Doc. No. 40) is **GRANTED in part,** to the extent the motion seeks withdrawal of Attorney Azor, and **DENIED without**

**prejudice in part**, to the extent the motion seeks a stay.    Accordingly, it is **ORDERED** as follows:

1.      Attorney Azor is **TERMINATED** as counsel for Plaintiffs.    With counsel's withdrawal, Plaintiffs will be without legal counsel.    Unless and until new counsel enters an appearance on their behalf, Plaintiffs will be responsible for representing themselves in this lawsuit.[1]    This requires Plaintiffs to review the docket in this case and abide by all orders and deadlines set forth therein.    *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989) (*pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").    In particular, the Court directs Plaintiffs' attention to the Case Management and Scheduling Order entered on November 5, 2025.    *See* Doc. No. 34.    Plaintiffs may view the docket in this case at any United States District Courthouse in the Middle District of Florida.    Alternatively, they may create an account on pacer.gov to view the docket from any personal computer.

2.      Because Plaintiffs will be responsible for representing themselves unless and until new counsel enters an appearance on their behalf, the Court

---

[1] Ms. Wise is permitted to proceed *pro se* as the executor of the Estate of Jayvion Marquise Barthel, as there are no other beneficiaries and/or creditors of the estate.    *See Iriele v. Griffin*, 65 F.4th 1280, 1285 (11th Cir. 2023).

also directs their attention to the Court's website, http://www.flmd.uscourts.gov. On the Court's homepage, Plaintiffs can find basic information and resources for parties who are proceeding without a lawyer in a civil case by clicking on the "For Litigants" tab and then selecting "Litigants without Lawyers." **Plaintiffs are cautioned that failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, or Court Orders may result in sanctions.** *See* **Fed. R. Civ. P. 16(f).**

3.      The **Clerk of Court** is **DIRECTED** to reflect the following contact information for Plaintiffs on the docket:

Rosa Wise
103 Sanford Village Way, Apt. D
Sanford, Florida 32771
Telephone Number: 407-393-8500
Email Address: wiserosa7880@gmail.com

Brionna Bobb
208 West Division Street
Deland, FL, 32720
Telephone Number: 229-305-0832
Email Address: brionnabobb2@gmail.com

4.      Plaintiffs' oral motion to receive case notifications via email (Doc. No. 44) is **GRANTED**. *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023) ("[T]he Court in its discretion may grant a *pro se* party permission to receive electronic notifications."). The **Clerk of Court** is further **DIRECTED** to add

Plaintiffs' email addresses, wiserosa7880@gmail.com and brionnabobb2@gmail.com, to CM/ECF and ensure that Plaintiffs receive Notices of Electronic Filings, to include a copy of this Order.

**DONE** and **ORDERED** in Orlando, Florida on December 11, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties